No. 05–465.  MOHAWK INDUSTRIES, INC. *v.* WILLIAMS ET AL.  C. A. 11th Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 05–41.  PASEK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–310.  DECORATIONS FOR GENERATIONS, INC. *v.* HOME DEPOT U. S. A., INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 05–312.  TEDDER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–314.  MUNARI *v.* CITY OF EL PASO DE ROBLES, CALIFORNIA, ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 05–315.  DEEP SEA FISHERIES, INC., ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–325.  HARDEN, SHERIFF, MORROW COUNTY, OHIO, ET AL. *v.* FISHER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 05–433.  DREAMSCAPE DESIGN, INC. *v.* AFFINITY NETWORK, INC.  C. A. 7th Cir.  Certiorari denied.

No. 05–444.  WITMAN *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 05–453.  NORTHLAKE CHRISTIAN SCHOOL *v.* PRESCOTT.  C. A. 5th Cir.  Certiorari denied.

No. 05–455.  SFW ARECIBO, LTD., ET AL. *v.* RODRIGUEZ ET AL.  C. A. 1st Cir.  Certiorari denied.